UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY DEWAYNE PITTMAN,

Plaintiff,

v.

YESENIA SANCHEZ,

Defendant.

Case No.  25-cv-05263-SVK

**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR A HEARING AND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**

Re: Dkt. No. 23

Before the Court is Defendant Yesenia Sanchez's, in her individual and official capacity as Sheriff of Alameda County, administrative motion for a hearing date and briefing schedule for motion for summary judgment.  Dkt. 23 ("Motion").  Plaintiff's deadline to respond to the Motion has passed, and no response has been filed.  For the following reasons, the Court finds good cause and **GRANTS** the Motion.

During the initial case management conference in this matter, the Parties agreed that this case might be amenable to summary judgment and the Court granted Defendant's request for leave to file an early motion for summary judgment.  Dkt. 18 at 1.  The Court also provided for "an abbreviated period for fact discovery" to close on June 12, 2026.  *Id.*  The Parties were to meet and confer on a briefing schedule.  *Id.*  Defendant represents in her Motion that she attempted to meet and confer with Plaintiff in March 2026, raising the issue in two emails and at the March 27, 2026 pre-mediation scheduling call (which Plaintiff attended).  Dkt. 23 at 2-3.  As Plaintiff has not opposed the Motion or submitted a competing schedule, the Court finds good cause to adopt Defendant's proposed filing date.  However, in light of Plaintiff's *pro se* and non-e-filer status, the Court modifies the proposed opposition and reply deadlines.  Accordingly:

- Defendant's motion for summary judgment is due **April 28, 2026**;
- Plaintiff's opposition to the motion is due **May 28, 2026**;

- Defendant's reply, if any, is due **June 18, 2026**.

- The Court will hear the motion on **July 7, 2026**.

Additionally, in light of Plaintiff's *pro se* and non-e-filer status, Defendant **shall serve** a copy of this Order and her motion for summary judgment and reply on Plaintiff by email as well as by U.S. mail.  Defendant shall serve this Order on Plaintiff **no later than April 17, 2026**.

Finally, the Court continues to encourage Plaintiff to register with the Court's electronic case filing ("ECF") system. See https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/.  If he registers for e-filing, he will receive notices and documents by email in this case rather than by regular mail.  Moreover, the Court reminds Plaintiff of the resources available at the Federal Pro Se Program located in the San Jose Courthouse and encourages Plaintiff to contact the program for assistance in registering for e-filing, or for other matters, as helpful.  As a reminder, Plaintiff can schedule an appointment by calling (408) 297-1480 or emailing hsong@asianlawalliance.org. He can find more information about the Legal Help Center at: https://cand.uscourts.gov/pro-se-litigants/.  The court also provides a free guide, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions and trial.  He can access the guide online (https://cand.uscourts.gov/pro-se-handbook/) or in hard copy free of charge from the Clerk's Office.

**SO ORDERED.**

Dated: April 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2