UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY DEWAYNE PITTMAN,

Plaintiff,

v.

YESENIA SANCHEZ,

Defendant.

Case No.  25-cv-05263-SVK

**ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO ADMINISTRATIVE MOTION**

Re: Dkt. No. 27

Before the Court is Defendant's administrative motion to extend the deadline to complete mediation, which is currently June 12, 2026 (with mediation scheduled for June 11), to July 31, 2026.  Dkt. 27.  Defendant indicates that Plaintiff intends to oppose the motion.  *Id.* at 3-4. Pursuant to Civil Local Rule 7-11(b), Plaintiff's default deadline to file an opposition (not to exceed 5 pages, excluding declarations and/or exhibits) is 4 days.  In light of Plaintiff's *pro se* and non-e-filer status, the Court *sua sponte* **EXTENDS Plaintiff's deadline to file an opposition, if any, to 14 days;**  his opposition shall be **due May 4, 2026**.

  **SO ORDERED.**

Dated: April 21, 2026

Susan van Keulen
_____
SUSAN VAN KEULEN
United States Magistrate Judge