UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY DEWAYNE PITTMAN,

Plaintiff,

v.

YESENIA SANCHEZ,

Defendant.

Case No.  25-cv-05263-SVK

**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION**

Re: Dkt. 27

Before the Court is Defendant Yesenia Sanchez, in her capacity as Sheriff of Alameda County, California's administrative motion to extend the deadline to complete mediation.  Dkt. 27. The Parties' current deadline is June 12, 2026.  Dkt. 18.  However, on April 14, 2026, the Court granted Defendant's administrative motion to set a briefing schedule for her motion for summary judgment, and set the hearing therefor on July 7, 2026.  Dkt. 25.  Accordingly, the Court finds good cause[1] to continue the mediation completion deadline until after the Court issues its decision on summary judgment and sets the Parties' mediation deadline to **September 4, 2026**.[2]

**SO ORDERED.**

Dated: May 19, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In so finding, the Court notes that Plaintiff indicated by email to Defendant that he "would object to the Court's mediation date being modified."  Dkt. 27 at 3-4 (quoting Dkt. 27-1, ¶ 9).  Based on this intention, the Court extended Plaintiff's deadline to file an opposition to May 4, 2026.  To date, no opposition has been filed, and the Court thus considers the administrative motion unopposed.  However, even considering Plaintiff's email (as proffered by Defendant), his concern is misplaced:  The Court will not "consider the mediators advice" on summary judgment, (*id.*), as mediation is a separate process from the Court's decision on the merits of the dispute.

[2] Defendant's counsel represents that she will be unavailable from August 1 – 21, and requests a mediation deadline of either July 31 or some time in September.  Dkt. 27 at 4.