RANDY DEWAYNE PITTMAN
Post Office Box 601842
San Jose, CA 95161-0842
305-900-6545
randy@randypittman.com

*Plaintiff pro se*

ANDREA L. WEDDLE [250297]
Interim County Counsel
By JILL P. SAZAMA [214215]
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL,
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, California 94612
(510) 272-6700
Jill.sazama@acgov.org

*Attorneys for defendant Sheriff YESENIA SANCHEZ*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DEWAYNE PITTMAN,<br><br>                                Plaintiff,<br><br>        v.<br><br>YESENIA SANCHEZ, in her INDIVIDUAL AND HER OFFICIAL CAPACITY AS SHERIFF OF ALAMEDA COUNTY, CALIFORNIA,<br><br>                                Defendants. | Case No. 25-CV-05263 SVK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>Complaint filed; June 23, 2025 |

Plaintiff pro se RANDY DEWAYNE PITTMAN and defendant Sheriff YESENIA SANCHEZ hereby STIPULATE and agree to the dismissal with prejudice of this action.

DATED: 05/19/2026

By_____
RANDY DEWAYNE PITTMAN
Plaintiff

DATED:  April 30, 2026

By___ */s/ Jill P. Sazama* ___
JILL P. SAZAMA
Deputy County Counsel
Attorneys for Sheriff YESENIA SANCHEZ

1

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**

Pursuant to the Stipulation of Dismissal with Prejudice by the parties set forth above, the Court hereby orders this case DISMISSED WITH PREJUDICE.

SO ORDERED.

DATED:   May 21, 2026

By _____
MAGISTRATE JUDGE SUSAN VAN KEULEN
UNITED STATES DISTRICT COURT